# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00077-CV

**Laszlo Herczeg, Appellant**

**v.**

**5005 SSR, LLC, Appellee**

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-19-002982, THE HONORABLE DANIELLA DESETA LYTTLE,
### JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Laszlo Herczeg filed a suggestion of bankruptcy on March 7, 2025. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id.* R. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should they fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed: March 14, 2025